**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 4:18-cv-1098** |
| **THE LIFEPAY GROUP, LLC, et al.** | : | |
| **Defendants.** | : | |

## PLAINTIFF'S RESPONSE OPPOSING DEFENDANT WATT'S MOST RECENT MOTION TO STAY

The SEC opposes the Motion to Temporarily Stay Litigation filed by Defendant Michael E. Watts [Doc. 42] and respectfully shows the following:

1. On July 13, 2018, Watts filed a Motion to Stay [Doc. 14], which the Court denied. [Doc. 16.]

2. On May 10, 2019, Watts filed his second Motion to Stay [Doc. 42], this time setting forth the frivolous argument that "[d]ue to Defendant Watts lapse in Appropriations, [he] has been shutdown . . . [and] all of [his] staff and attorneys have been furloughed and are prohibited from working." [Doc. 42, ¶ 1.] He cites only the Court's order granting Plaintiff's request for a brief stay during the pendency of the U.S. government shutdown in January 2019.

3. Obviously, Watts is an individual, not an agency of the United States government, and is not dependent upon Congress to appropriate funds for him to operate. This argument is frivolous on its face and not made in good faith. At a minimum, it is not a basis upon which to grant a stay. Watts sets forth no valid argument supporting his contention that this civil case should not go forward based on his "lack of funds."

4. Furthermore, the Court has already considered and rejected his prior motion to stay the litigation [Doc. 14], and his co-Defendant's motion to stay [Doc. 19]. *See* Orders Denying Stay, Docs. 16, 21.

5. For the forgoing reasons—and for the reasons set forth in the SEC's previous opposition briefs analyzing these issues [Docs. 15 and 20]—the Court should deny Watts's motion.

Dated: May 22, 2019

Respectfully submitted,

*/s/ Jennifer D. Reece*

Jennifer D. Reece
Attorney-in-Charge
Texas Bar No. 00796242
S.D. Bar No. 899792
Timothy S. McCole
S.D. Tex. Bar No. 37943
Mississippi Bar No. 10628
U. S. Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, Texas 76102-6882

Tel: (817) 978-6442(jr)
Fax: (817) 978-4927
*reecej@sec.gov*

COUNSEL FOR PLAINTIFF
SECURITIES AND EXCHANGE
COMMISSION

**CERTIFICATE OF SERVICE**

I affirm that on May 22, 2019, I electronically filed the foregoing document with the Clerk of the Court for the Southern District of Texas, Houston Division, and have served all parties by mail in accordance with Fed.R.Civ.P. 5.

**MAIL:**

The Lifepay Group, LLC
SMDRE, LLC
c/o Clifton Stanley
2207 Post Office Street
Apartment 206
Galveston, Texas 77550

Michael Watts
3807 Lakeridge Canyon Drive
Sugar Land, Texas 77498

*s/Jennifer Reece*
Jennifer Reece