# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br>   *Plaintiff*, <br><br> v. <br><br> THE LIFEPAY GROUP, LLC *et al.*, <br>  *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION H-18-1098 |

## ORDER

Pending before the court is a memorandum and recommendation filed by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 98. The M&R recommends denying defendant Michael Watts's ("Watts") motion for summary judgment (Dkt. 50), denying the plaintiff Securities and Exchange Commission's ("SEC") motion for summary judgment (Dkt. 63), denying Watts's motion to strike (Dkt. 86), and overruling Watt's objection to the admissibility of Watt's deposition (Dkt. 87). *Id.*

Objections to the M&R were due on March 11, 2020. Neither party filed timely objections. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motions, M&R, pleadings, and applicable law, and having received no objections, finds no clear error. Thus, the court **ADOPTS IN FULL** the M&R (Dkt. 98).

For the reasons stated in the M&R, Watts's motion for summary judgment (Dkt. 50), SEC's motion for summary judgment (Dkt. 63), and Watts's motion to strike (Dkt. 86) are all **DENIED**. Additionally, Watt's objection to the admissibility of Watt's deposition (Dkt. 87) is **OVERRULED**.

Signed at Houston, Texas on March 16, 2020.

_____
Gray H. Miller
Senior United States District Judge