UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br><br>Plaintiff, : <br><br>v. : <br><br>THE LIFEPAY GROUP, LLC, et al., : <br><br>Defendants. : | Civ. Action No. 4:18-cv-1098 |

### ORDER GRANTING PLAINTIFF'S
### MOTION TO VOLUNTARILY DISMISS REMAINING CLAIMS AGAINST
### DEFENDANTS STANLEY, THE LIFEPAY GROUP, LLC, and SMDRE, LLC

Pending before the Court is the Plaintiff's Motion to Voluntarily Dismiss Remaining Claims Against Defendants Stanley, The LifePay Group, LLC and SMDRE, LLC (the "Motion"). After review of the Motion and the entirety of the record, the Court has determined that the Motion should be, and hereby is, **GRANTED**. Plaintiff's claims for disgorgement, prejudgment interest, and civil penalties against Defendants Clifton Stanley, The LifePay Group, LLC, and SMDRE, LLC are hereby **DISMISSED**.

**SO ORDERED** this 23 day of February, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT
JUDGE